In the Matter of the Claim of GERALD TIGUE, Respondent, v. PROSKAUER, ROSE, GOETZ & MEAKLIN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

In the Matter of MAX ORDA et al., Petitioners, v. STATE TAX COMMISSION, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.